UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:24-cr-00118

TIWAN ROBERT BAILEY
    Also known as "Quick"

**O R D E R**

Upon consideration of the United States Motion to Unseal Arrest Warrant, it is hereby

**ORDERED** that the arrest warrant in this case be unsealed.

It is further **ORDERED** that the pending indictment remain under seal until defendant's arrest.

It is further **ORDERED** that the United States' motion be filed under seal.

ENTER: Aug. 7, 2024

HONORABLE DWANE L. TINSLEY
UNITED STATES MAGISTRATE JUDGE