# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 9/23/2025 | Case Number: | 2:24-cr-00118 |
| Case Style: | USA vs. Tiwan Robert Bailey, Carrie Roy, David Lee White | | |
| Type of hearing: | Criminal Jury Trial | | |
| Before the Honorable: | 2513-Goodwin | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Zach Spurrier |

Attorney(s) for the Plaintiff or Government:

Jennifer Gordon, Jennifer Rada Herrald

Attorney(s) for the Defendant(s):

George Cosenza, Tim Carrico, Natalie Atkinson, J. Miles Morgan

Law Clerk:        Katie Clark

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 9:19 AM | 10:23 AM | Court actively conducting trial proceedings/Contested proceedings |
| 10:42 AM | 11:13 AM | Court actively conducting trial proceedings/Contested proceedings |
| 11:34 AM | 12:07 PM | Court actively conducting trial proceedings/Contested proceedings |
| 1:21 PM | 3:18 PM | Court actively conducting trial proceedings/Contested proceedings |
| 3:35 PM | 4:04 PM | Court actively conducting trial proceedings/Contested proceedings |

Time in court: 4 hours and 34 minutes. Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

Scheduled time: 8:30 a.m.
Actual start time: 9:19 a.m.

JURY TRIAL Day One

Counsel for parties present
Defts present
Matters before the court
VOIR DIRE
40 jurors present
Voir Dire Oath administered.
JURY SELECTION
Recess: 10:23 AM

Resume: 10:42 AM
12 jurors selected with 2 alternate jurors
Trial Oath administered
Recess: 11:13 AM

Resume: 11:34 AM
Preliminary Jury Instructions
Recess: 12:07 PM

Resume: 1:21 PM
Opening statements by Govt – Ms. Herrald
Opening statements by Deft 1 (Bailey) – Mr. Cosenza
Opening statements by Deft 3 (White) – Mr. Morgan

Opening statements by Deft 2 (Roy) – Ms. Atkinson

GOVT CASE-IN-CHIEF
Govt Witness 1 – Rebecca Bender
Sworn and examined

Recess: 3:18 PM

Resume: 3:35 PM
Cross-examination by Deft 1
Cross-examination by Deft 2
Re-direct by Govt
Recess: 4:04 PM