# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 9/25/2025 | Case Number: | 2:24-cr-00118 |
| Case Style: | USA vs. Tiwan Robert Bailey, Carrie Roy, David Lee White | | |
| Type of hearing: | Criminal Jury Trial | | |
| Before the Honorable: | 2513-Goodwin | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Zach Spurrier |

Attorney(s) for the Plaintiff or Government:

Jennifer Gordon, Jennifer Rada Herrald

Attorney(s) for the Defendant(s):

George Cosenza, Tim Carrico, Natalie Atkinson, J. Miles Morgan

Law Clerk:   Katie Clark

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 9:02 AM | 10:34 AM | Court actively conducting trial proceedings/Contested proceedings |
| 10:50 AM | 12:13 PM | Court actively conducting trial proceedings/Contested proceedings |
| 1:25 PM | 2:51 PM | Court actively conducting trial proceedings/Contested proceedings |
| 3:13 PM | 4:12 PM | Court actively conducting trial proceedings/Contested proceedings |
| 4:16 PM | 5:15 PM | Court actively conducting trial proceedings/Contested proceedings |

Time in court: 6 hours and 19 minutes. Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

JURY TRIAL Day Three
Scheduled time: 9:00 AM
Actual start time: 9:02 AM

11 jurors and 2 alternate jurors present
One juror dismissed for illness on 9/24/25.

Govt Witness 2 – Homeland Security Investigations Special Agent Colin Nash
Direct-examination continues
Cross-examination by Deft 1
Recess: 10:34 AM

Resume: 10:50 AM
Court takes up matters with counsel.
Cross-examination by Deft 2
Cross-examination by Deft 3
Deft 3 Exhibit Nos. 1-6 marked and admitted
Recess: 12:13 PM

Resume: 1:25 PM
Re-direct examination.
Re-cross examination by Deft 2
Re-cross examination by Deft 3

Govt Witness 3 – Mariah Bennett
Sworn and examined

Govt Witness 4 – Chasity Langston
Sworn and examined
Cross-examination by Deft 2

Govt Witness 5 – Cheyanne Thompson
Sworn and examined
Cross-examination by Deft 1
Cross-examination by Deft 2

Govt Witness 6 – Elizabeth Eddy
Sworn and examined
Recess: 2:51 PM

Resume: 3:13PM
Court takes up matters with counsel.
Cross-examination of Govt Witness 6 by Deft 1
Deft 1 Ex. No. 1 marked and admitted.
Cross-examination by Deft 2
Re-direct examination.
Re-cross by Deft 1.

Govt Witness 7 – Emily Burdette
Sworn and examined.

Recess: 4:12 PM

Resume: 4:16 PM
Direct examination of witness continues
Cross-examination by Deft 1
Cross-examination by Deft 3
Re-direct examination

Govt Witness 8 – Homeland Security Investigations Special Agent Ryan Erwin
Sworn and examined
Govt Exhibits 65A-65F marked
Govt Exhibits 65D, 65E, 65F admitted
Cross-examination by Deft 1
Cross-examination by Deft 2
Cross-examination by Deft 3

Govt Witness 9 – Corporal Adam Aldridge
Sworn and examined.
Govt Exhibits 70-75 marked and admitted
Recess: 5:15 PM